UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 0:23-cv-62072-KMM

DENISE PAYNE,

        Plaintiff,

v.

POMPANO MZL LLC,

        Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, DENISE PAYNE, and Defendant, POMPANO MZL LLC, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines on this case.

Respectfully submitted this June 18, 2024.

/s/ *Anthony J. Perez*
ANTHONY J. PEREZ, ESQ.
Florida Bar No.: 535451
ANTHONY J. PEREZ LAW GROUP, PLLC
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Primary E-Mail: ajp@ajperezlawgroup.com
*Counsel for Plaintiff*

/s/ William S. Weisman
WILLIAM S. WEISMAN
Florida Bar Number: 352624
WEISMAN & MARGOLIES, P.A.
120 East Palmetto Park Road, Suite 210
Boca Ratón, Florida 33432
Tel: (561) 241-6336
Fax: (561) 241-6251
E-Mail: wweisman@wbsmlawyers.com
*Attorney for Defendant*

1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this June 18, 2024.

Respectfully submitted,

**ANTHONY J. PEREZ LAW GROUP, PLLC**
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Facsimile: (786) 687-0445
Primary E-Mail: ajp@ajperezlawgroup.com
*Counsel for Plaintiff*

/s/ *Anthony J. Perez*
ANTHONY J. PEREZ, ESQ.